INTAKE COPY

# FILING FEE RECEIPT COPY

```
DUPLICATE

Court Name: TEXAS WESTERN
Division: 6
Receipt Number: 600020064
Cashier ID: jgbeaver
Transaction Date: 12/14/2016
Payer Name: RYAN S. JAMES
--------------------------------
CIVIL FILING FEE
 For: RYAN S. JAMES
 Amount:      $400.00
--------------------------------
PAPER CHECK
 Check/Money Order Num: 1301210218
 Amt Tendered: $400.00
--------------------------------
Total Due:     $400.00
Total Tendered: $400.00
Change Amt:    $0.00

CIVIL FILING FEE FOR
D-TXW-6-16-CV-000457-001
```